UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS LEWIS JONES,

        Plaintiff,         Case No. 1:10-cv-505

v.         Honorable Paul L. Maloney

AMY BRADLEY et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL SERVICE

In accordance with the Opinion filed this date:

IT IS ORDERED that Claims I, II, V, VI, VIII and IX are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c). Dismissal of those claims results in the termination of Defendants Koenigsknecht, Williams, Trierweiler and the MDOC from this action.

IT IS FURTHER ORDERED that the Clerk shall arrange for service of summons and complaint, along with a copy of this order, upon Defendants Bradley, Burgtorf and VanCourt.

IT IS FURTHER ORDERED that Defendants shall reply to the complaint by way of answer, motion to dismiss, or motion for summary judgment within the time allowed by law. *See* 42 U.S.C. § 1997e(g)(1). Defendants need only respond to Claims III, IV and VII.


Dated:   July 1, 2010                 /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge