UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS LEWIS JONES, # 221006,    )
       Plaintiff,    )
           )   No. 1:10-cv-505
-v-    )
           )   HONORABLE PAUL L. MALONEY
AMY BRADLEY, et al.,    )
       Defendant.    )
_____)

## JUDGMENT

Having granted the remaining Defendants' motion for summary judgment, all pending claims have been resolved in favor of Defendants. Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:  January 11, 2012                       /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                              Chief United States District Judge